IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NATIONWIDE MUTUAL INSURANCE CO.,   *
                                          *

     Plaintiff,                *

                                           *

v.                             *     CIVIL NO. 97-2172 (JP)

                                         *         97-2347

ORLANDO OTERO PEREZ, et al.,      *

                                         *

     Defendants             *

_____*

### FINAL JUDGMENT

Pursuant to Plaintiff Nationwide's Petition for Voluntary
Dismissal (**docket No. 556**), which is hereby **GRANTED** and made a part
of this Judgment, and Federal Rule of Civil Procedure 41(a)(1), the
Court hereby **DISMISSES WITH PREJUDICE** the above-captioned Complaint
against Defendants Wilson Rodríguez Olmedo, his wife, Susan
Rodríguez, and the conjugal partnership constituted between them;
José H. Ortiz Ortiz, his wife Aida M. Malavé, and the conjugal
partnership constituted between them; Luis A. Correa Ortiz; Richard
Vega; Amalia Barrios Román; Héctor Soto; Miguel A. Alvarado
Berríos; Edwin Fuendes, his wife Brunilda Torres Figueroa, and the
conjugal partnership constituted between them; Eneida Vega Mojica;
René Figueroa Padín, his wife Irela Bonaparte Gómez, and the
conjugal partnership constituted between them; Eileen Rodríguez;





CIVIL NO. 97-2172 (JP)                 2

Roberto Soto; Luis Oscar Ramos; and Rafael A. Díaz Román.  This
dismissal disposes of all the remaining claims in this action.

    In addition, on February 5, 2001, this Court issued an order
to show cause, on or before February 20, 2001, as to why the
remaining counterclaims in this action should not be dismissed
either due to settlements or for lack of prosecution.  Because none
of the counterclaimants responded to the Court's Order, and these
counterclaims are hereby **DISMISSED WITH PREJUDICE**.  This dismissal
disposes of all the remaining counterclaims in the case.

    **IT IS SO ORDERED AND ADJUDGED.**

    In San Juan, Puerto Rico, this 23rd day of February, 2001.

                                    by: _____
                                        JAIME PIERAS, JR.
                                    U. S. SENIOR DISTRICT JUDGE